FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 16, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　　v.<br>GEORGE SKYLAR CLOUD,<br>　　　　Defendants. | No. 1:16-cr-02053-SAB<br><br>**ORDER DISMISSING INDICTMENT** |

　　　Pursuant to the terms of Defendant's plea agreement in No. 1:17-cr-2007-SAB, the Government agreed to dismiss the indictment in the above-captioned matter at sentencing. On May 1, 2019, Defendant was sentenced in Case Nos. 1:17-cr-2053-SAB-1 and 1:17-cr-2007-SAB.

　　　Accordingly**, IT IS HEREBY ORDERED:**

　　　1. The indictment in Case No. 1:16-cr-02053-SAB is **DISMISSED**.

　　　**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and close the file.

　　　**DATED** this 16th day of May 2019.



　　　　　　　　　　　Stanley A. Bastian
　　　　　　　　　United States District Judge

**ORDER DISMISSING INDICTMENT ^** 1